WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net

*Attorneys for Plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOA TRUST 2006-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-19CB, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:19-cv-01601-ART-DJA <br><br> **~~EX PARTE~~ MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB by and through its attorney of record, Darren T. Brenner, Esq. and Lindsay D. Dragon, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Christina V. Miller, Esq. ("Ms. Miller") and Robert A Riether, Esq. ("Mr. Riether") from the service list in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Darren T. Brenner, Esq. and Lindsay D. Dragon, Esq. Subsequent

filings have been made and Ms. Miller and Mr. Riether are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Ms. Miller and Mr. Riether receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Christina V. Miller, Esq. and Robert A Riether, Esq. be removed from the service list in this matter.

DATED this 20th day of July, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB*

**IT IS SO ORDERED**.

DATED: July 21, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was made on the 20th day of July, 2022 to all parties and counsel identified on the CM/ECF System via Electronic Notification.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP