1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-19CB,

                    Plaintiff,

      vs.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

                  Defendants.

Case No.: 2:19-cv-01601-ART-DJA

**ORDER GRANTING**

**STIPULATION TO**
**CONTINUE STAY OF CASE**

     Plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB ("BONY") and Defendant Commonwealth Land Title Insurance Company ("Commonwealth", and with BONY, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

     This matter involves a title insurance coverage dispute wherein BONY contends, and Commonwealth disputes, that the title insurance claim involving an HOA assessment lien and subsequent sale was covered by the subject policy of title insurance.  There are now currently

pending in the United States District Court for the District of Nevada and Nevada state courts more than fifty actions between national banks, on the one hand, and title insurers, on the other hand.  In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA 2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 and/or CLTA 115.2/ALTA 5 Endorsements.

The Parties previously stipulated to limited stays of the case.  *See* ECF Nos. 27, 32.  The limited stay expires on September 19, 2023.  The Parties have conferred and believe another limited sixty-two (62) day stay is warranted.  On April 11, 2023, the Nevada Supreme Court held oral argument in two appeals concerning similar coverage disputes in *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada Supreme Court Case No. 83737 ("*PennyMac*") and *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No. 84161 ("*Deutsche Bank*").  Decisions remain pending in both. The Parties anticipate that the Nevada Supreme Court's decisions in the foregoing appeals may touch upon issues regarding the interpretation of policy and claims handling, that could potentially affect the disposition of the instant action.

In light of the forthcoming decisions, the Parties believe an additional stay of sixty-two (62) days in the instant action will best serve the interests of judicial economy.  The Parties request that the action be stayed for an additional sixty-two (62) days, through and including, November 20, 2023.  The Parties are to submit a Joint Status Report, or another stipulation concerning the stay, on or before November 20, 2023.  The Parties further agree that this stipulation and stay of this case is entered based on the specific circumstances surrounding this particular case, and that this stipulation shall not be viewed as a reason for granting a stay in any other pending matter.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy and in efforts to preserve the Parties' resources, the Parties request that this action be **STAYED FOR AN ADDITIONAL SIXTY-TWO (62) DAYS**, through and including, November 20, 2023.

2. All deadlines currently set in this case shall remain **VACATED**.

3. The Parties are to submit a Joint Status Report, or another stipulation concerning the stay, on or before November 20, 2023.

4. The stay will not impact subpoenas duces tecum and deposition subpoenas to third parties, and the Parties may enforce subpoenas that the Parties propounded to third parties during the stay.

5. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

**IT IS SO STIPULATED.**

DATED this 19th day of September, 2023.        DATED this 19th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP                        SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*                          */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                          Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                             Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                   15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117                              Sherman Oaks, California 91403
*Attorney for Plaintiff, The Bank of New York*   *Attorneys for Defendant, Commonwealth Land*
*Mellon, fka The Bank of New York, as*           *Title Insurance Company*
*Trustee for the Certificate Holders CWALT,*
*Inc., Alternative Loan Trust 2006-19CB,*
*Mortgage Pass-Through Certificates, Series*
*2006-19CB*

**IT IS SO ORDERED.**

Dated this 20th day of September, 2023.

_____
ANNE R. TRUAM
UNITED STATES DISTRICT JUDGE