1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-19CB,<br><br>                    Plaintiff,<br>         vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>                    Defendants. | Case No.: 2:19-cv-01601-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

   PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB and Defendant Commonwealth Land Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 20th day of December, 2023.   DATED this 20th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*   */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117   Sherman Oaks, California 91403
*Attorney for Plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB*   *Attorney for Defendant Commonwealth Land Title Insurance Company*

**IT IS SO ORDERED.**

DATED: December 21, 2023.   _____
Anne R. Traum, U.S. District Judge